## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**MARKEL JOHNSON,**
        **Plaintiff,**

        v.                                                                           Case No. 10-C-337

**HOLLY MEIER,**
        **Defendant.**

## ORDER

Plaintiff has filed a "motion to amend defendants and damages" in which he seeks to amend the complaint by adding several new defendants and requesting additional monetary damages. However, plaintiff has not filed a proposed amended complaint. See Civil L.R. 15(a) (E.D. Wis.) ("Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference"). Plaintiff may refile his motion to amend, along with a proposed amended complaint, on or before **January 31, 2011**.

Plaintiff is advised that the amended complaint must be filed on the enclosed form, must bear the docket number assigned to this case, and must be labeled "Amended Complaint." The amended complaint supersedes the prior complaint and must be complete in itself without reference to the original complaint. See Duda v. Bd. of Educ. of Franklin Park Pub. Sch. Dist. No. 84, 133 F.3d 1054, 1056-57 (7th Cir. 1998). If an amended complaint is received, it will be screened pursuant to 28 U.S.C. § 1915A.

**IT IS THEREFORE ORDERED** that plaintiff's motion to amend the complaint (Docket #17) is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff may refile his motion to amend, along with a proposed amended complaint, on or before **January 31, 2011**.

**IT IS FURTHER ORDERED** that the Clerk's Office send plaintiff a prisoner civil rights form along with this order.

Dated at Milwaukee, Wisconsin, this 5th day of January, 2011.

/s_____
LYNN ADELMAN
District Judge